LAW OFFICE OF BEN ROTHMAN
BEN ROTHMAN (SBN 265472)
212 Marine Street, Suite 100
Santa Monica, CA 90405
Telephone:     (310) 717-0539
Facsimile:     (310) 919-3777
Email:         ben@santamonicainjurylawyer.com

Attorney for Plaintiff
MARCUS ROBERTS

JACKSON LEWIS P.C.
NATHAN W. AUSTIN (SBN 219672)
ASHLEY L. EVANS (SBN 308727)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone:     (916) 341-0404
Facsimile:     (916) 341-0141
Email:         nathan.austin@jacksonlewis.com
               ashley.evans@jacksonlewis.com

Attorneys for Defendant
CLARKWESTERN DIETRICH BUILDING
SYSTEMS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS ROBERTS,<br><br>       Plaintiff,<br><br>     v.<br><br>CLARKWESTERN DIETRICH BUILDING SYSTEMS, LLC, an Ohio limited liability company; and DOES 1 to 50, inclusive,<br><br>       Defendants. | CASE NO. 2:19-cv-00149-MCE-AC<br><br>**STIPULATION TO INCREASE WRITTEN INTERROGATORY LIMIT; ORDER THEREON**<br><br>Complaint Filed:   11.09.18<br>Trial Date:      None Set |

     **WHEREAS**, Plaintiff MARCUS ROBERTS's ("Plaintiff") Complaint contains seventeen distinct causes of action;

     **WHEREAS**, those seventeen causes of action allege a range of unlawful conduct under multiple statutes, including discrimination, retaliation, failure to accommodate disability, unfair competition, and various wage and hour violations;

**WHEREAS**, Plaintiff seeks a variety of remedies, including monetary damages, penalties, and injunctive relief;

For those reasons, Plaintiff and Defendant CLARKWESTERN DIETRICH BUILDING SYSTEMS, LLC ("Defendant"), by and through their respective attorneys of record, hereby stipulate to increase the number of written interrogatories each party may serve on any other party from twenty-five (25), as set forth in Federal Rule of Civil Procedure 33(a)(1), to a maximum of thirty-five 35 written interrogatories.

IT IS SO STIPULATED.

Dated:  August 15, 2019            LAW OFFICE OF BEN ROTHMAN


                                   By: *Ben Rothman*
                                       BEN ROTHMAN

                                   Attorneys for Plaintiff
                                   MARCUS ROBERTS


Dated:  August 16, 2019            JACKSON LEWIS P.C.


                                   By: *Nathan W. Austin*
                                       NATHAN W. AUSTIN
                                       ASHLEY L. EVANS

                                   Attorneys for Defendant
                                   CLARKWESTERN DIETRICH BUILDING
                                   SYSTEMS, LLC

## ORDER

Based on the above stipulation, and good cause appearing, the Court hereby allows the parties to each propound thirty-five (35) written interrogatories.

IT IS SO ORDERED.

Dated:  August 20, 2019


MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2