LAW OFFICE OF BEN ROTHMAN
BEN ROTHMAN (SBN 265472)
212 Marine Street, Suite 100
Santa Monica, CA 90405
Telephone:  (310) 717-0539
Facsimile:  (310) 919-3777
Email:  ben@santamonicainjurylawyer.com

Attorney for Plaintiff
MARCUS ROBERTS

JACKSON LEWIS P.C.
NATHAN W. AUSTIN (SBN 219672)
ASHLEY L. EVANS (SBN 308727)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone:  (916) 341-0404
Facsimile:  (916) 341-0141
Email:  nathan.austin@jacksonlewis.com
ashley.evans@jacksonlewis.com

Attorneys for Defendant
CLARKWESTERN DIETRICH BUILDING SYSTEMS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS ROBERTS, | CASE NO. 2:19-cv-00149-MCE-AC |
| Plaintiff, | **STIPULATION TO CONTINUE DISCOVERY DEADLINES; ORDER** |
| v. | |
| CLARKWESTERN DIETRICH BUILDING SYSTEMS, LLC, an Ohio limited liability company; and DOES 1 to 50, inclusive, | Complaint Filed: 11.09.18<br>Trial Date: None Set |
| Defendants. | |

///

///

///

///

///

///

1

Plaintiff MARCUS ROBERTS ("Plaintiff") and Defendant CLARKWESTERN DIETRICH BUILDING SYSTEMS, LLC ("Defendant ClarkWestern"), (collectively referred to as "the Parties"), through counsel, hereby enter into the following Stipulation and request the Court to extend certain pretrial discovery deadlines, pursuant to the applicable Local Rules:

1. This is an action for alleged disability discrimination, failure to accommodate, retaliation, and violations of various Labor Code provisions. The Parties have been engaged in preliminary written discovery.

2. The Parties have agreed to participate in mediation before mediator Daniel Quinn prior to expending additional time and resources on discovery. Due to the upcoming holidays, the first date that was available for both parties and Mr. Quinn is January 22, 2020. The parties have scheduled mediation for that date.

3. If mediation is unsuccessful, the Parties will require additional discovery to be completed, including numerous depositions and additional written discovery.

4. In order to allow time to mediate the case and complete the necessary discovery, the Parties request that the discovery including discovery motion cut off dates and the expert disclosure cut off dates should be continued to a date in the future. The Parties hereby stipulate to the following new discovery dates and expert discovery and request the Court modify the scheduling order accordingly:

| Category | Original Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery Cut Off | January 23, 2020 | May 22, 2020 |
| Expert Disclosure | March 23, 2020 | July 24, 2020 |
| Rebuttal Experts | April 22, 2020 | August 22, 2020 |
| Dispositive Motions | July 21, 2020 | November 20, 2020 |

5. There have been no prior requests for extensions of time to change the initial pretrial scheduling order (Docket number 2) and to extend time for completion of the alternative dispute resolution. Trial is currently not set.

Respectfully submitted,

Dated: December 13, 2019     LAW OFFICE OF BEN ROTHMAN

By: *Ben Rothman* (as authorized on 12.13.19)
    BEN ROTHMAN

Attorneys for Plaintiff
MARCUS ROBERTS

Dated: December 13, 2019     JACKSON LEWIS P.C.

By: *Nathan W. Austin*
    NATHAN W. AUSTIN
    ASHLEY L. EVANS

Attorneys for Defendant
CLARKWESTERN DIETRICH BUILDING SYSTEMS, LLC

## **ORDER**

Based on the above stipulation, the Court hereby GRANTS the Parties' request to extend deadlines as follows:

| Category | Original Deadline | New Deadline |
|---|---|---|
| Discovery Cut Off | January 23, 2020 | May 22, 2020 |
| Expert Disclosure | March 23, 2020 | July 24, 2020 |
| Rebuttal Experts | April 22, 2020 | August 22, 2020 |
| Dispositive Motions | July 21, 2020 | November 20, 2020 |

IT IS SO ORDERED.

DATED: January 6, 2020

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE